# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

SERGIO CASANOLA

VERSUS

DELTA MACHINE & IRONWORKS, LLC, ET AL.

CIVIL ACTION

NO. 19-300-JWD-RLB

## ORDER REGARDING DEFENDANT'S MOTION TO DISMISS (DOC. 30)

Defendant Delta Machine & Ironworks, LLC ("Defendant") filed an *Amended Motion to Dismiss Plaintiff's Complaint Pursuant to 12(b)(6) for Failure to State a Claim* (Doc. 30) ("*Motion*") in which it moves to dismiss the following Title VII claims asserted by Plaintiff Sergio Casanola ("Plaintiff"): (1) employment discrimination based on race or national origin; (2) hostile work environment or harassment; and (3) retaliation (and further that this claim has not been administratively exhausted). Defendant maintains that Plaintiff's operative complaint does not plead sufficiently detailed or specific factual allegations and is, therefore, defective for failing to articulate a plausible claim as required by the Supreme Court's decision in *Ashcroft v. Iqbal*, 556 U.S. 662 (2009). The Court reviewed the motion. Without expressing any view as to its merits, the Court affords Plaintiff an opportunity to cure the purported pleading defect; the Court grants Plaintiff leave to file an amended complaint, in accordance with Fed. R. Civ. P. 15(a)(2).

An amended complaint must plead specific factual allegations that, if true, would "plausibly give rise to an entitlement to relief." *Iqbal*, 556 U.S. at 680. The Court will thus deny the Defendant's *Motion* without prejudice. Within fourteen days of this order (or by February 4, 2020), Plaintiff must file into the Court a single Amended Complaint that contains all of the allegations he brings against Defendant. Given the number of prior amended complaints in this action, Plaintiff will not be afforded another opportunity to amend his complaint absent good

cause. If Plaintiff fails to timely file an amended complaint, the Court will allow Defendant to re-file its *Motion*, and the Court will decide it based solely on the allegations contained in the operative complaint.

Signed in Baton Rouge, Louisiana, on January 22, 2020.

  
_____  
**JUDGE JOHN W. deGRAVELLES**  
**UNITED STATES DISTRICT COURT**  
**MIDDLE DISTRICT OF LOUISIANA**