UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**SERGIO CASANOLA**

**VERSUS**

**DELTA MACHINE AND IRONWORKS, LLC**

**CIVIL ACTION**

**NO. 19-300-JWD-SDJ**

### OPINION

On April 19, 2021, the Magistrate Judge issued a Report and Recommendation (Doc. 69) in which he recommended that Defendant's Motion for Summary Judgment be granted. Plaintiff objected (Doc. 71). The Court has made an independent *de novo* review of the entire record and carefully considered the arguments made by Mr. Casanola in his objection. After having done so, the Court agrees with and adopts entirely the reasons for dismissal set forth in the Magistrate Judge's Report and Recommendation. Accordingly,

**IT IS ORDERED** that that Defendant's Motion for Summary Judgment (Doc. 57) is GRANTED and that Plaintiff's cause of action is DISMISSED with prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on May 24, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**